BATCHELOR v. JAMES.  From Duplin.  *Kerr & Gavin* for plaintiff, appellant; *Stevens, Beasley & Weeks* and *Thad Jones, Jr.,* for defendant, appellee.  Affirmed.

QUINNERLY v. TULL.  From Lenoir.  *E. M. Land* and *G. V. Cowper* for plaintiff, appellant; *Murray Allen, Shaw & Rountree* and *Emmett Wooten* for defendant.  Affirmed.

BECTON v. DUNN.  From Lenoir.  Docketed and dismissed under Rule 17, on motion of *Loftin, Varser* and *Cowper* for plaintiff, appellee.

RICHARDSON v. McLAMB.  From Harnett.  Docketed and dismissed under Rule 17, on motion of *Godwin & Davis* for plaintiff, appellee.

PORTER v. TELEGRAPH Co.  From Columbus.  *J. D. Bellamy* for defendant, appellant.  Affirmed.

BROWN v. RAILROAD.  From Cumberland.  *Rose & Rose* for defendant, appellee.  Docketed and dismissed under Rule 17.

BASH v. McRAE.  From Cumberland.  Docketed and dismissed under Rule 17, on motion of *Rose & Rose* for defendant, appellee.

STATE v. MELTON.  From Anson.  *Attorney-General* for State; *H. H. McLendon* for defendant, appellant.  No error.

STATE v. WILKERSON.  From Guilford.  *Attorney-General* and *Murray Allen* for State; *Winston & Bryant* for defendant, appellant.  No error.

BOGGS v. PICKETT.  From Durham.  *Winston & Bryant* for plaintiff; *Boone, Giles & Boone* for defendant, appellant.  Affirmed.